

1828 Good Hope Road
Suite102
Enola, PA 17025

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/16/2023 |
| Period End Date | 04/29/2023 |
| Pay Date | 05/05/2023 |
| Document | 760645 |
| **Net Pay** | **$1,381.84** |

## Pay Details

LINDSAY G FREEDMAN
408 3RD AVE E
WEST FARGO, ND 58078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 380385 | Pay Group | 1800 Hourly NTX |
| SSN | | Location | Fargo |
| Job | Case Management Asst | Alloc Comp | 1800 - Fargo |
| Pay Rate | $20.6000 | Line Of Bus | 1800IP - Fargo  P |
| Pay Frequency | Biweekly | Department | 770 - CASE MGMT |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL Imputed | 2 | Case Management Asst | | | $0.68 | $5.58 |
| Holiday | | | 0.0000 | $0.0000 | $0.00 | $320.00 |
| Overtime | | | 0.0000 | $0.0000 | $0.00 | $55.26 |
| Overtime Weight | | | 0.0000 | $0.0000 | $0.00 | $27.63 |
| Regular | 1 | Case Management Asst | 28.4300 | $20.6000 | $585.66 | |
| Regular | 2 | Case Management Asst | 33.2800 | $20.6000 | $685.57 | $12,462.63 |
| Sick Pay | | | 0.0000 | $0.0000 | $0.00 | $610.79 |
| Vacation Pay | 1 | Case Management Asst | 11.0000 | $20.6000 | $226.60 | |
| Vacation Pay | 2 | Case Management Asst | 8.0000 | $20.6000 | $164.80 | $1,279.95 |

Total Hours   80.7100

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $13.74 | $123.66 | $0.00 | $0.00 |
| GTL Imputed | No | $0.68 | $5.58 | $0.00 | $0.00 |
| Meal Deduction | No | $50.00 | $300.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $2.11 | $18.63 |
| LTD-BP | Yes | $0.00 | $0.00 | $4.64 | $40.98 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $76.85 | $645.88 |
| Employee Medicare | $23.92 | $212.25 |
| Social Security Employee Tax | $102.28 | $907.57 |
| ND State Income Tax | $14.00 | $121.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xx1978 | Checking | $1,381.84 |
| Total | | $1,381.84 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,663.31 | $1,649.57 | $217.05 | $64.42 | **$1,381.84** |
| YTD | $14,761.84 | $14,638.18 | $1,886.70 | $429.24 | $12,445.90 |



1828 Good Hope Road
Suite102
Enola, PA 17025

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/30/2023 |
| Period End Date | 05/13/2023 |
| Pay Date | 05/19/2023 |
| Document | 769509 |
| **Net Pay** | **$1,347.85** |

## Pay Details

**LINDSAY G FREEDMAN**
408 3RD AVE E
WEST FARGO, ND 58078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 380385 | Pay Group | 1800 Hourly NTX |
| SSN | | Location | Fargo |
| Job | Case Management Asst | Alloc Comp | 1800 - Fargo |
| Pay Rate | $20.6000 | Line Of Bus | 1800IP - Fargo IP |
| Pay Frequency | Biweekly | Department | 770 - CASE MGMT |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL Imputed | 2 | Case Management Asst | | | $0.68 | $6.26 |
| Holiday | | | 0.0000 | $0.0000 | $0.00 | $320.00 |
| Overtime | | | 0.0000 | $0.0000 | $0.00 | $55.26 |
| Overtime Weight | | | 0.0000 | $0.0000 | $0.00 | $27.63 |
| Regular | 1 | Case Management Asst | 38.6000 | $20.6000 | $795.16 | |
| Regular | 2 | Case Management Asst | 37.9700 | $20.6000 | $782.18 | $14,039.97 |
| Sick Pay | | | 0.0000 | $0.0000 | $0.00 | $610.79 |
| Vacation Pay | | | 0.0000 | $0.0000 | $0.00 | $1,279.95 |

Total Hours   76.5700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $13.74 | $137.40 | $0.00 | $0.00 |
| GTL Imputed | No | $0.68 | $6.26 | $0.00 | $0.00 |
| Meal Deduction | No | $25.00 | $325.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $2.11 | $20.74 |
| LTD-BP | Yes | $0.00 | $0.00 | $4.64 | $45.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $58.08 | $703.96 |
| Employee Medicare | $22.69 | $234.94 |
| Social Security Employee Tax | $96.98 | $1,004.55 |
| ND State Income Tax | $13.00 | $134.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xx1978 | Checking | $1,347.85 |
| Total | | $1,347.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,578.02 | $1,564.28 | $190.75 | $39.42 | $1,347.85 |
| YTD | $16,339.86 | $16,202.46 | $2,077.45 | $468.66 | $13,793.75 |



**PAM Health**
1828 Good Hope Road
Suite 102
Enola, PA 17025

**Pay Statement**
Period Start Date 05/14/2023
Period End Date 05/27/2023
Pay Date 06/02/2023
Document 778557
**Net Pay $1,384.24**

## Pay Details

**LINDSAY G FREEDMAN**
408 3RD AVE E
WEST FARGO, ND 58078
USA

Employee Number: 380385
SSN: [redacted]
Job: Case Management Asst
Pay Rate: $20.6000
Pay Frequency: Biweekly

Pay Group: 1800 Hourly NTX
Location: Fargo
Alloc Comp: 1800 - Fargo
Line Of Bus: 1800IP - Fargo IP
Department: 770 - CASE MGMT

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL Imputed | 2 | Case Management Asst | | | $0.68 | $6.94 |
| Holiday | | | 0.0000 | $0.0000 | $0.00 | $320.00 |
| Overtime | 1 | Case Management Asst | 0.7500 | $20.6000 | $15.45 | $70.71 |
| Overtime Weight | 1 | Case Management Asst | 0.7500 | $10.3000 | $7.72 | $35.35 |
| Regular | 1 | Case Management Asst | 40.0000 | $20.6000 | $824.00 | |
| Regular | 2 | Case Management Asst | 39.7500 | $20.6000 | $818.85 | $15,682.82 |
| Sick Pay | | | 0.0000 | $0.0000 | $0.00 | $610.79 |
| Vacation Pay | | | 0.0000 | $0.0000 | $0.00 | $1,279.95 |

Total Hours  80.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $13.74 | $151.14 | $0.00 | $0.00 |
| GTL Imputed | No | $0.68 | $6.94 | $0.00 | $0.00 |
| Meal Deduction | No | $50.00 | $375.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $2.11 | $22.85 |
| LTD-BP | Yes | $0.00 | $0.00 | $4.64 | $50.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $77.59 | $781.55 |
| Employee Medicare | $23.96 | $258.90 |
| Social Security Employee Tax | $102.49 | $1,107.04 |
| ND State Income Tax | $14.00 | $148.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xx1978 | Checking | $1,384.24 |
| Total | | $1,384.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,666.70 | $1,652.96 | $218.04 | $64.42 | $1,384.24 |
| YTD | $18,006.56 | $17,855.42 | $2,295.49 | $533.08 | $15,177.99 |



**1828 Good Hope Road
Suite 102
Enola, PA 17025**

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/28/2023 |
| Period End Date | 06/10/2023 |
| Pay Date | 06/16/2023 |
| Document | 786625 |
| **Net Pay** | **$1,338.86** |

## Pay Details

**LINDSAY G FREEDMAN**
408 3RD AVE E
WEST FARGO, ND 58078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 380385 | Pay Group | 1800 Hourly NTX |
| SSN | | Location | Fargo |
| Job | Case Management Asst | Alloc Comp | 1800 - Fargo |
| Pay Rate | $20.6000 | Line Of Bus | 1800IP - Fargo IP |
| Pay Frequency | Biweekly | Department | 770 - CASE MGMT |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GTL Imputed | 2 | Case Management Asst | | | $0.68 | $7.62 |
| Holiday | 1 | Case Management Asst | 8.0000 | $20.6000 | $164.80 | $484.80 |
| Overtime | | | 0.0000 | $0.0000 | $0.00 | $70.71 |
| Overtime Weight | | | 0.0000 | $0.0000 | $0.00 | $35.35 |
| Regular | 1 | Case Management Asst | 32.4800 | $20.6000 | $669.09 | |
| Regular | 2 | Case Management Asst | 38.9200 | $20.6000 | $801.75 | $17,153.66 |
| Sick Pay | | | 0.0000 | $0.0000 | $0.00 | $610.79 |
| Vacation Pay | | | 0.0000 | $0.0000 | $0.00 | $1,279.95 |

Total Hours  79.4000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $13.74 | $164.88 | $0.00 | $0.00 |
| GTL Imputed | No | $0.68 | $7.62 | $0.00 | $0.00 |
| Meal Deduction | No | $75.00 | $450.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $2.11 | $24.96 |
| LTD-BP | Yes | $0.00 | $0.00 | $4.64 | $54.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $70.91 | $852.46 |
| Employee Medicare | $23.53 | $282.43 |
| Social Security Employee Tax | $100.60 | $1,207.64 |
| ND State Income Tax | $13.00 | $161.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xx1978 | Checking | $1,338.86 |
| Total | | $1,338.86 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,636.32 | $1,622.58 | $208.04 | $89.42 | $1,338.86 |
| YTD | $19,642.88 | $19,478.00 | $2,503.53 | $622.50 | $16,516.85 |