Certificate Number: 14912-ND-DE-037850449

Bankruptcy Case Number: 23-30208



14912-ND-DE-037850449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2023, at 6:48 o'clock PM EDT, Lindsay Marchbanks completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date: October 14, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor