United States Bankruptcy Court
District of North Dakota

In re:  Case No. 23-30208-skh
Lindsay Grace Marchbanks  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 1
Date Rcvd: Oct 24, 2023 | Form ID: oreopen | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lindsay Grace Marchbanks, 408 3rd Avenue East, West Fargo, ND 58078-1907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com  mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Lindsay Grace Marchbanks mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 3

Form oreopen (02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Lindsay Grace Marchbanks

Debtor(s)

CHAPTER 7
Bankruptcy No.
*23−30208*

# ORDER TO REOPEN CASE

Debtor Lindsay Grace Marchbanks filed an application or motion to reopen this closed bankruptcy case, showing cause for the request under Bankruptcy Rule 5010 and 11 U.S.C. § 350(b).

## *IT IS ORDERED:*

1. Upon payment of $ 260.00 to the clerk for the prescribed filing fee, unless payment is waived or deferred under paragraph 2 of this Order, this case is reopened.

2. Payment of the prescribed filing fee is:

   ☐ waived

   ☒ not waived; or

   ☐ deferred and shall be paid by the trustee from assets of the bankruptcy estate to the extent assets are recovered.

Dated: October 24, 2023

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court