IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30208 |
| LINDSAY GRACE MARCHBANKS, ) | Chapter 7 |
| ) | |
| Debtor ) | |

## NOTICE OF MOTION FOR ENTRY OF DISCHARGE

NOTICE IS HEREBY GIVEN that Lindsay Grace Marchbanks has moved this Honorable Court for entry of a Chapter 7 discharge. A copy of the motion is being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: November 3, 2023     By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

1